# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

  Re: Palmer R. Ross
     v. Texas
     No. 14-8113
     (Your No. WR-82, 197-01)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

          Sincerely,

          *Scott S. Harris*

          Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk